**Continuing Abatement Order filed July 2, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00312-CR

_____

**ALLEN EDWARD LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1394962**

## CONTINUING ABATEMENT ORDER

On December 16, 2014, this court issued an order abating this appeal for findings of fact regarding the consideration of certain exhibits in denying appellant's motion to suppress. On June 12, 2015, the reporter's record of the trial court's hearing and the exhibits were filed in this court.

As of this date, the supplemental clerk's record containing the trial court's findings of fact has not been filed. Accordingly, the trial court is requested to

reduce to writing its findings of fact and have a supplemental clerk's record containing those findings filed with the clerk of this court within thirty days of the date of this order.


PER CURIAM